UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACCEPTANCE CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MRVK HOSPITALITY GROUP, LLC, et al.,<br><br>Defendants. | Case No. 1:21-cv-01359-DAD-EPG<br><br>ORDER GRANTING MOTION TO CONTINUE SCHEDULING CONFERENCE<br><br>(ECF No. 8) |

This matter is currently set for an initial scheduling conference on December 9, 2021. (ECF No. 6). Plaintiff now moves to continue the scheduling conference for a minimum of sixty days. (ECF No. 8). As grounds, Plaintiff asserts that, despite its diligent efforts, it has not been able to serve Defendants and needs an extension of time to do so (which it expects to be able to do shortly) and for the parties to meet and confer and file a joint scheduling conference statement in advance of the scheduling conference.

Good cause appearing, IT IS ORDERED that Plaintiff's motion to continue the scheduling conference is granted. (ECF No. 8).

///

///

///

///

1

The initial scheduling conference set for December 9, 2021, is vacated and is now reset for February 9, 2022, at 10:00 a.m.[1]

IT IS SO ORDERED.

Dated: **November 19, 2021**          /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff is directed to review Federal Rule of Civil Procedure 4(m), and if it deems it necessary, file an appropriate motion regarding an extension of time for service.