UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACCEPTANCE CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MRVK HOSPITALITY GROUP, LLC, et al.,<br><br>Defendants. | Case No. 1:21-cv-01359-DAD-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS VANESSA MIRANDA AND TYME NASSIM ONLY<br><br>(ECF No. 16) |

On January 20, 2022, Plaintiff Acceptance Casualty Insurance Company filed a notice of voluntary dismissal without prejudice of Defendants Vanessa Miranda and Tyme Nassim only. (ECF No. 16). These Defendants have not filed either an answer or a motion for summary judgment. Accordingly, in light of the notice, the case against them has ended and is dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is respectfully directed to designate on the docket that Defendants Vanessa Miranda and Tyme Nassim only have been terminated from this action.

IT IS SO ORDERED.

Dated:  **January 21, 2022**                    /s/ Erica P. Grosjean
                                                                UNITED STATES MAGISTRATE JUDGE

1