UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACCEPTANCE CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MRVK HOSPITALITY GROUP, LLC, et al.,<br><br>Defendants. | Case No.   1:21-cv-01359-ADA-EPG<br><br>ORDER GRANTING JOINT APPLICATION TO EXTEND TIME TO FILE OBJECTIONS<br><br>(ECF No. 32) |

    This matter is before the Court on the parties' joint application to extend the time to file objections to this Court's finding and recommendations to grant Plaintiff's motion for judgment on the pleadings. (ECF No. 32; *see* ECF No. 29). As grounds, the parties state that favorable developments in the state court matter underlying this coverage dispute makes it likely that they may be able to resolve this matter, noting that they "have already had two preliminary discussions concerning the potential framework of . . . an agreement." Accordingly, to focus on settlement efforts, they seek a 45-day extension—from December 20, 2022 to February 3, 2023—to file objections to the pending findings and recommendations.

\\\

\\\

\\\

\\\

1

Based on the agreement of the parties and to facilitate settlement efforts, IT IS ORDERED that the parties' joint application (ECF No. 32) is granted. Any objections to the findings and recommendations shall be filed by no later than February 3, 2023. Any response to objections shall be filed within fourteen days after service of the objections.

IT IS SO ORDERED.

Dated:  **December 16, 2022**                    /s/ Erica P. Grosjean
                                                              UNITED STATES MAGISTRATE JUDGE