UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACCEPTANCE CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MRVK HOSPITALITY GROUP, LLC, et al.,<br><br>Defendants. | Case No. 1:21-cv-01359-ADA-EPG<br><br>ORDER GRANTING SECOND JOINT APPLICATION TO EXTEND TIME TO FILE OBJECTIONS<br><br>(ECF No. 35) |

This matter is before the Court on the parties' second joint application to extend the time to file objections to this Court's findings and recommendations to grant Plaintiff's motion for judgment on the pleadings. (ECF No. 35; *see* ECF Nos. 29, 32). As grounds, the parties state that they "have now reached an agreement in principle which will resolve all, or at least most elements of the present dispute" but they "are awaiting final approval by authorized representatives of certain specific mechanics of their agreement, and consequently have not yet finalized a memorialization of their agreement." The parties request "an additional fourteen (14) day extension of time for MRVK to file its objections to the Magistrate's Findings and Recommendations, so that they may finalize the terms of their agreement."

\\\

\\\

\\\

1

Based on the agreement of the parties and to facilitate settlement efforts, IT IS ORDERED that the parties' second joint application (ECF No. 35) is granted. Any objections to the findings and recommendations shall be filed by no later than February 17, 2023. Any response to objections shall be filed within fourteen days after service of the objections.  Should the parties finalize their settlement agreement, they are directed to file the notice of settlement required by Local Rule 160.

IT IS SO ORDERED.

Dated:  **February 3, 2023**              /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE